UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

FAITH D. WILLIAMS,            Chapter 13
                                             Case No. 18-51049
                                             Hon. Thomas J. Tucker

             Debtor.
_____/

## Debtors' Chapter 13 Confirmation Hearing Certificate

At the next confirmation hearing in this case, the Debtor intends to:

1. _X_ Request confirmation of the Debtor's Plan, because all timely objections of creditors and the Trustee have been resolved. I have emailed to the Trustee a proposed order confirming the Plan, as required in paragraph 2 of the Chapter 13 Case Management Order.

2. _ Request confirmation of the Debtor's Plan, even though all timely objections have not been resolved. I have emailed to the Trustee a proposed order confirming the Plan, as required in paragraph 2 of the Chapter 13 Case Management Order. The parties are at an impasse in attempting to resolve these objections despite all reasonable efforts. The following are: (a) the parties whose timely objections have not been resolved; (b) their unresolved objections; and (c) the legal and factual issues that must be resolved by the Court in connection with confirmation:

       <u>Trustee Objections</u>:     **Resolved**

3. _X_ Request an adjournment of the confirmation hearing to _____ at _____, due to the following good cause:

4. ___ Dismiss the case. [The Court will construe this as a motion by the Debtor to dismiss the case under Fed.R.Bankr.P. 1017(f)(2), and the Court will enter an order of dismissal and the case will be removed from the docket, unless the case was previously converted from Chapter 7, 11, or 12 to Chapter 13. In that event, a separate motion to dismiss must be filed within 10 days.]

5. ___ Convert the case to Chapter 7. [The Debtor must promptly file a separate notice of conversion under Fed.R.Bankr.P. 1017(f)(3), and pay the filing fee for such notice. Such notice of conversion will cause the case to be converted without the entry of an order of conversion.]

{00076814.DOCX }

Date: October 17, 2018        /s/ Michelle H. Bass
                              MICHELLE H. BASS (P71358)
                              Wolfson Bolton PLLC
                              3150 Livernois, Suite 275
                              Troy, MI 48083
                              (248) 247-7070
                              Email: mbass@wolfsonbolton.com

{00076814.DOCX }