UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re: FAITH D. WILLIAMS　　　　　　　　　Case No: 18-51049 - TJT
　　　　　　　　　　　　　　　　　　　　　　Chapter 13
　　　　　　　　　　　　　　　　　　　　　　Hon. THOMAS TUCKER

　　　Debtor(s)
_____/

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE

　　　PLEASE TAKE NOTICE that BUTLER ROWSE-OBERLE PLLC represent MORTGAGE CENTER L.L.C. in the above captioned matter. Please serve copies of all notices and pleading to the following address:

BUTLER ROWSE-OBERLE PLLC
24525 Harper Avenue
St. Clair Shores, MI  48080

/s/ Karen Rowse-Oberle (P41893)
Attorney for Creditor
24525 Harper Avenue
St. Clair Shores, MI  48080
(586) 777-0770
krowse-oberle@brolawpllc.com

OCTOBER 18, 2018