UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

FAITH D. WILLIAMS,   Chapter 13
   Case No. 18-51049
   Hon. Thomas J. Tucker
         Debtor.
_____/

**FIRST APPLICATION FOR**
**COMPENSATION FOR SERVICES RENDERED**

Debtor's counsel, WOLFSON BOLTON PLLC, submits this application pursuant to LBR 2016-1 (EDM) as follows:

1. A. Fees requested in present application: Applicant requests fees in the amount of $5,512.00.

   B. Expenses requested in present application: Applicant requests expenses in the amount of $373.60.

   C. There remains no retainer on deposit.

2. Time period covered by present application: Fees are requested for services rendered from August 6, 2018, through October 24, 2018.

3. Nature of services rendered:

   Narrative Summary of Fees Incurred pursuant to E. D. Mich. LR 2016-1(a)(3)

The following circumstances of the case make the fees and expenses requested, which total more than $3,500.00, reasonable: Applicant met with the Debtor several times in the preparation of her schedules, statements, and to discuss her Chapter 13 Plan. The Debtor's wages contain numerous one-time "bonuses," which the Debtor receives on account of her length of

{00077083.DOCX }

1

employment with her school district, reimbursements for conferences on continuing education, and her attendance record. These figures were utilized in the preparation of schedule I, as the Debtor utilizes these small bonuses as part of her regular income needed in order to fund her plan, and pay for her necessary and reasonable living expenses. This was explained on the record at the Debtor's 341 first meeting of creditors.

      The Applicant received Trustee objections, which Applicant immediately sought to resolve. The Applicant provided the Trustee with documentation for all line items which the Trustee had objected to, one of which was a line item expense for auto repairs and maintenance in the amount of $95.00 per month for the Debtor's 2010 Chevy Malibu with over 120,000 miles on it. The Debtor testified at her 341 hearing that her car had recently broken down after the filing of her case, and that she had received an estimate in excess of $2,400 to complete the necessary repairs, which was provided to the Trustee upon receipt of the objection. Despite her testimony and supporting documentation, the Trustee still objected to the expense of $95.00 per month and required a decrease of this expense on the budget.

      Additionally, in connection with Applicant's attempt to resolve Trustee's objections in a manner that would save the Debtor time, money, and future fees and costs by including a 100% proration of bonuses and profit sharing in the Order Confirming Plan (above and beyond the figures provided for on Debtor's Schedule I), the Trustee still required that Schedule I be amended to remove the Debtor's current bonus income from the budget, therefore *requiring* that the Debtor seek excusal of future net bonuses by way of annual plan modifications. The Applicant had several discussions with the Trustee's office in this regard, in an attempt to ensure that the plan in this case would be fully funded, negating the need for annual plan modifications

{00077083.DOCX }

2

18-51049-tjt    Doc 24    Filed 10/31/18    Entered 10/31/18 11:57:38    Page 2 of 20

to excuse future bonuses which the Debtor's income and budget plainly indicate she do desperately needs. Nonetheless, after discussing with the Debtor, and in further attempt to keep confirmation on time, the Applicant quickly prepared amended schedules to remove the nominal $313 per month in bonus income, revised Schedule J accordingly, and revised the proposed OCP.

The Applicant believes that the aforementioned services benefits the estate of the Debtor, because Applicant worked closely with the Trustee to keep confirmation on time. The Applicant was able to ensure that the Debtor will retain her residence, and will be able to effectively reorganize under a plan that she can afford, notwithstanding her need for future excusal of net bonuses and tax refunds to cover expenses such as auto repairs and maintenance.

These services, in addition to the services which one performs when working on a typical Chapter 13 case ultimately benefit the estate. Therefore, although the fees associated with the services rendered in this particular case are excess of $3,500.00, the Applicant argues that they are justified under these circumstances.

  A. <u>Case Administration and Bankruptcy Related Advice</u>: Applicant spent 14.4 hours at an hourly rate of $265.00 per hour, or $3,577.50 in fees for services rendered in connection with case administration and bankruptcy related advice, .9 hours of which were no-charged:

   i. Applicant prepared the Debtor's schedules, statements, and met with the Debtor several times throughout the pre-bankruptcy planning stage of the case.

   ii. The Applicant conferred on numerous occasions with the Debtor during the preparation of, and after the filing of her case.

   iii. The Applicant conferred with the Trustee on numerous occasions in the

preparation of confirmation, and in order to ensure that Confirmation was not unduly delayed.

  B. <u>Chapter 13 Plan</u>:  Applicant spent 3.3 hours at an hourly rate of $265.00 per hour, or $874.50 in fees for services rendered in connection with the Chapter 13 Plan:

   i. The Applicant carefully reviewed all schedules in connection with the drafting of Debtor's Chapter 13 Plan.

   ii. The Applicant revised the budget and schedule of income numerous times following production of additional documentation.

   iii. The Applicant received objections to the Plan filed by the Trustee and worked together with the Trustee's office in order to resolve objections in a timely manner.

   iv. The Applicant prepared the Order Confirming Plan and obtained fast track confirmation for the Debtor.

  C. <u>341 Meeting & 2004 Examinations</u>:  Applicant spent 3.1 hours at an hourly rate of $265.00 per hour, or $821.50 in fees for services rendered in connection with the meeting of creditors:

   i. The Applicant received the Trustee's 341 status sheet and prepared the Debtor for her first meeting of creditors.

   ii. The Applicant traveled to and from the Bankruptcy Court in Detroit and appeared with the Debtor at the meeting of creditors.

  D. <u>Claims Administration</u>:  Applicant spent .9 hours at an hourly rate of $265.00 per hour, or $159.00 in fees for services rendered in connection with claims administration:

   i. The Applicant reviewed general unsecured claims and compared with the schedules, statements, and documents on file.

{00077083.DOCX }

ii. The Applicant reviewed a secured proof of claim filed by the Debtor's mortgage company.

  E. <u>Relief from Stay, Extension and Imposition of Stay, Adequate Protection:</u> None.

  F. <u>Financing</u>: None.

  G. <u>Sale, Realization, and Liquidation of Estate Property:</u> None.

  H. <u>Adversary Proceedings</u>: None.

  I. <u>Business Operations:</u> None.

  J. <u>Fee Application Preparation:</u> None.

4. Adversary proceedings: None.

5. A. Not applicable – this is a Chapter 13 case.

  B. Not applicable – this is a Chapter 13 case.

  C. Current Status of Bankruptcy Case and Impact on Plan from Approval of Fee Application: There is no negative impact upon the Debtor's plan, the plan will continue to run on time.

6. Nature of Services to be Provided in Future: Applicant will complete any legal work necessary for the Debtors to complete the Chapter 13 plan and receive a Chapter 13 discharge.

7. Amount and Nature of Accrued Unpaid Administrative Expenses: None.

8. Duplication of Services: None

9. Fees and costs previously approved: None, this is the Applicant's first application for compensation for services rendered.

10. The Applicant has obtained the written approval of the application from the party on whose behalf the applicant is employed prior to filing the application.

11. A copy of a proposed Order is attached as Exhibit 1.

12. Since this is a Chapter 13 case, Exhibit 2 is not applicable.

13. A copy of the 2016(b) statement is attached as Exhibit 3.

14. A summary statement of the number of hours of services rendered by each professional and paraprofessional and the hourly rate of each is attached as Exhibit 4.

15. An itemized time record and the project billing summary are attached as Exhibit 5.

16. A brief biographical statement is attached as Exhibit 6.

17. An itemized statement of expense for which reimbursement is sought is attached as Exhibit 7.

WHEREFORE, Debtor's counsel respectfully requests that this Court enter an order approving attorney fees in the amount of $5,512.00 and costs of $373.60.

|  |  |
|---|---|
|  | WOLFSON BOLTON PLLC |
| Dated: October 31, 2018 | /s/ Michelle H. Bass<br>MICHELLE H. BASS (P71358)<br>Attorney for Debtor<br>3150 Livernois, Suite 275<br>Troy, Michigan 48083<br>(248) 247-7070<br>mbass@wolfsonbolton.com |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

FAITH D. WILLIAMS,

           Chapter 13
           Case No. 18-51049
           Hon. Thomas J. Tucker

    Debtor.
_____/

**ORDER APPROVING FEE APPLICATION**

  This matter having come before the Court upon the application of Michelle H. Bass, of Wolfson Bolton PLLC, all interested parties having been served with notice of the application and the provisions of E.D. Mich. LBR 2016-1 having been met, no objections to the application having been received and a certification of no response having been filed, and the Court being otherwise fully advised in the premises;

  IT IS HEREBY ORDERED:

1. The Court previously approved Applicant's fees and expenses in the amount of:  $ 0.00

The Court grants Applicant's current fee application as follows:

| | | |
|---|---|---|
| THIS AWARD FOR FEES: | $ 5,512.00 | |
| THIS AWARD FOR COSTS: | $ 373.60 | |
| TOTAL THIS AWARD: | | $ 5,885.60 |
| AMOUNT OF THIS AWARD PAID DIRECTLY BY DEBTOR: | | $ 1,000.00 |
| AMOUNT OF THIS AWARD TO BE PAID BY TRUSTEE: | | $ 4,885.60 |

2. This award covers services rendered and expenses incurred during the time period of August 6, 2018, through October 24, 2018.

3. To the extent fees and expenses pursuant to this Order are not disbursed by the Chapter 13 Trustee, they shall be paid directly by the Debtor upon dismissal.

**EXHIBIT 1**

{00077083.DOCX }

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

FAITH D. WILLIAMS,   Chapter 13
   Case No. 18-51049
   Hon. Thomas J. Tucker

   Debtor.
_____/

## CHAPTER 13 - CASE NOT APPLICABLE

**EXHIBIT 2**

{00077083.DOCX }

# United States Bankruptcy Court
## Eastern District of Michigan

In re **Faith D. Williams**  
Debtor(s)

Case No.  
Chapter **13**

## STATEMENT OF ATTORNEY FOR DEBTOR(S)
## PURSUANT TO F.R.BANKR.P. 2016(b)

The undersigned, pursuant to F.R.Bankr.P. 2016(b), states that:

1. The undersigned is the attorney for the Debtor(s) in this case.

2. The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is: [Check one]

   [ ] **FLAT FEE**
   - A. For legal services rendered in contemplation of and in connection with this case, exclusive of the filing fee paid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   - B. Prior to filing this statement, received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   - C. The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

   [ **X** ] **RETAINER**
   - A. Amount of retainer received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   **1,000.00**
   - B. The undersigned shall bill against the retainer at an hourly rate of $ **0.00**. [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

3. $ **310.00** of the filing fee has been paid.

4. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including: [Cross out any that do not apply.]
   - A. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   - B. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   - C. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   - D. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
   - E. Reaffirmations;
   - F. Redemptions;
   - G. Other: **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

5. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

6. The source of payments to the undersigned was from:
   - A. **XX**   Debtor(s)' earnings, wages, compensation for services performed
   - B. _____  Other (describe, including the identity of payor) _____

7. The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation, any compensation paid or to be paid except as follows:

Dated: **August 9, 2018**

/s/ Michelle H. Bass  
Attorney for the Debtor(s)  
**Michelle H. Bass**  
**Wolfson Bolton PLLC**  
**3150 Livernois**  
**Suite 275**  
**Troy, MI 48083**  
**248-247-7070 mbass@wolfsonbolton.com**

Agreed: **/s/ Faith D. Williams**  
**Faith D. Williams**  
Debtor

**EXHIBIT 3**

Debtor



## Standard Hourly Rates

| Atty/Para | 2018 |
|---|---|
| Scott A. Wolfson | 510 |
| Peter C. Bolton | 495 |
| Eric A. Zacks | 450 |
| Adam L. Kochenderfer | 425 |
| Anthony J. Kochis | 395 |
| Thomas J. Kelly | 275 |
| Michelle H. Bass | 265 |
| Kathleen A. Stearns | 195 |
| Stephanie K. Travis | 185 |
| Clerk | 175 |

**EXHIBIT 3**



## Standard Hourly Rates

| Atty/Para | 2018 |
|---|---|
| Scott A. Wolfson | 510 |
| Peter C. Bolton | 495 |
| Eric A. Zacks | 450 |
| Adam L. Kochenderfer | 425 |
| Anthony J. Kochis | 395 |
| Thomas J. Kelly | 275 |
| Michelle H. Bass | 265 |
| Rachel Walton | 195 |
| Stephanie K. Travis | 185 |
| Clerk | 175 |

## Summary of Time by Attorney

Michelle H. Bass, MHB, performed 17.90 hours of work at an hourly rate of $265.00 per hour, for a total of $4,637.50.

**EXHIBIT 4**

{00077083.DOCX }

| | | | **Williams, Faith/Bankruptcy** | | |
|---|---|---|---|---|---|
| <u>Date</u> | <u>Timeke</u> | <u>Code</u> | <u>Description</u> | <u>Time</u> | <u>Value</u> |
| 09/28/18 | MHB | B110 Case Administration | Prepare amended schedule I based on year to date average of post-petition pay stubs, with the removal of bonus income from line 2, and calculation of bonus income as a pro-ration on line 5.a. Prepare explanatory language for inclusion on amended Schedule I. Prepare amended schedule J. Prepare coversheet for amendments to statements and schedules. Review, revise and execute. | 0.70 | $185.50 |
| 08/06/18 | MHB | B110 Case Administration | Review all file documents: Prepare initial draft of Schedules A through J, with attention to creditor statements, loan balances, title, premoi, register of deeds search, Means Test, review of all statements. | 3.00 | $795.00 |
| 10/24/18 | MHB | B110 Case Administration | Receipt and review email from case analyst advising that case has been fast tracked for confirmation. Email to client regarding same. | 0.10 | $26.50 |
| 10/23/18 | MHB | B110 Case Administration | Receipt and review email from client regarding budget, income, bonuses, and tax refunds. Attention to file regarding same. Review all incoming and outgoing correspondence with client, and with case analyst for Trustee. Return e-mail to client regarding same. | 0.20 | $53.00 |
| 10/17/18 | MHB | B110 Case Administration | Review, revise and finalize amended schedules I and J, and cover sheet for amendments to statements and schedules. Review, revise and execute. Prepare revised Order Confirming Plan, submit to terry,orders, and e-mail to case analyst regarding same. Prepare revised confirmation hearing certificate, Review, revise and execute. | 0.40 | $106.00 |
| 10/16/18 | MHB | B110 Case Administration | Following discussion with case analyst, review all claims filed on claims register. Compare with schedules E/F. Observe no way that case could possibly yield 100% to general unsecured claims. Receipt and review email from case analyst regarding outstanding objections of Trustee. Prepare amended Schedule I accordingly. Review, and prepare amended schedule J. Prepare cover sheet for amendments to statements and schedules. Compose thorough e-mail to client regarding same. | 1.30 | $344.50 |
| 09/27/18 | MHB | B110 Case Administration | Receipt and review email from client attaching more legible documentation for auto repairs. Return response addressing the documentation of out of pocket union dues expense. | 0.10 | $26.50 |
| 09/26/18 | MHB | B110 Case Administration | E-mail correspondence back and forth with client regarding additional documents requested, and proposed resolutions to confirmation objections. | 0.20 | $53.00 |
| 09/25/18 | MHB | B110 Case Administration | Receipt and review Court's Notice of Requirement to Complete Course in Personal Financial Management. Email to client regarding same. | 0.10 | $26.50 |

| Date | Atty | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 09/25/18 | MHB | B110 Case Administration | Receipt and review updated verification of income, documentation regarding change in mortgage payment, verification of auto repairs expense, car insurance, request for permission to enter into a car warranty protection plan, and other questions received via e-mail and voice mail. Review and calculate income. Review and run plan calc. E-mail to client regarding inability to change budget based on means test figures, and provide thorough explanation regarding the ability to seek excusal of tax refunds for cause. | 0.50 | $132.50 |
| 09/25/18 | MHB | B110 Case Administration | Receipt and review follow up e-mail from client regarding Trustee's request for bonuses, in light of the cumulative average of year to date net bonus income already included on Schedule I. Return response regarding same. | 0.10 | $26.50 |
| 09/24/18 | MHB | B110 Case Administration | Receipt and review email from client responding to objections filed by Trustee. Return response regarding same, and request for copy of notice of mortgage payment change client received. Review docket report, observe no such notice filed by mortgage company. | 0.20 | $53.00 |
| 09/05/18 | MHB | B110 Case Administration | Email to case analyst regarding status sheet for 341 first meeting of creditors next week. | 0.10 | $26.50 |
| 09/04/18 | MHB | B110 Case Administration | Receipt and review email from client regarding 341 first meeting of creditors. Return response regarding same. | 0.10 | $26.50 |
| 08/20/18 | MHB | B110 Case Administration | Receipt and review series of e-mails from client with several questions regarding budget, income and expense considerations going forward, means test calculations, payments to the Trustee, and other issues. Respond in full to three separate e-mails, addressing all concerns. | 0.50 | $132.50 |
| 08/13/18 | MHB | B110 Case Administration | Receipt and review 341 Notice and Case Management Order. attention to file regarding same. Observe hearing scheduled for the holiday of Rosh Hashana, for which counsel will be unavailable. Review local and federal rules regarding deadline for objections to claims, notice to creditors regarding same, and regarding objections to confirmation. Review calendar in connection with dates scheduled in case. Compose e-mail to client regarding need for adjournment due to counsel's religious observance. Email to staff attorneys for Trustee seeking stipulated adjournment. NO CHARGE. | 0.20 | $0.00 |
| 08/13/18 | MHB | B110 Case Administration | Prepare payment order, with attention to schedules and proof of income. Submit to Court. | 0.10 | $26.50 |
| 08/13/18 | MHB | B110 Case Administration | Prepare letter and compose email to client regarding 341 notice, and payments to Trustee. | 0.30 | $79.50 |
| 08/13/18 | MHB | B110 Case Administration | Review all relevant supporting documentation, including two years of income tax returns and 60 days proof of income. Submit to tltfinancials. Prepare certificate of compliance of employee income statements. Review, revise and execute. | 0.20 | $53.00 |

**EXHIBIT 5**

| Date | Atty | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 08/13/18 | MHB | B110 Case Administration | Receipt and review response from trustee advising of desired date for Trustee to adjourn, and further advising that stipulation may be sent. Email to client regarding new date and time for hearing. Prepare proposed stipulation for entry of order adjourning 341 first meeting of creditors, and order regarding same. Email to case analyst for approval. NO CHARGE. | 0.20 | $0.00 |
| 08/09/18 | MHB | B110 Case Administration | Review, revise and finalize all schedules, statements petition, and plan. Compare documents with corrections from signing appointment, and compare with 2016 and 2017 income tax returns and pay stubs. | 0.50 | $132.50 |
| 08/09/18 | MHB | B110 Case Administration | Receipt and review email from client advising to file case. Execute all completed documents. NO CHARGE. | 0.30 | $0.00 |
| 08/08/18 | MHB | B110 Case Administration | Thorough signing appointment with client, discussion regarding budgetary issues, potential for changes in financial circumstances, and line by line review of means test deductions. Execute petition, schedules, statements, and Plan. | 1.40 | $371.00 |
| 08/08/18 | MHB | B110 Case Administration | Review and revise schedules, statements, petition, and plan following signing appointment with client. Revise means test and Schedule J. Revise liquidation analysis, worksheet, and re-calculate plan. Email to client regarding same. | 0.60 | $159.00 |
| 08/07/18 | MHB | B110 Case Administration | Re-review of proof of income, and e-mail correspondence with client regarding various deductions and variations on earnings. Complete means test, run calculations on bi-weekly pay stubs of various line items. Compare with schedule I. Review and revise schedule J. Calculate disposable monthly income requirement for purposes of Chapter 13 Plan. | 1.70 | $450.50 |
| 08/07/18 | MHB | B110 Case Administration | Prepare statement of financial affairs, with attention to schedules, income tax returns for two years, and current proof of income. Review of all schedules, statements, and draft of plan in preparation for signing appointment. | 0.80 | $212.00 |
| 08/06/18 | MHB | B110 Case Administration | Review and organize file. Receipt of signed retainer agreement. Email with client regarding timing for filing case. | 0.20 | $0.00 |
| 08/06/18 | MHB | B110 Case Administration | E-mail exchange with client regarding potential budgetary concerns, union dues, and specific creditors. Attention to file regarding same. | 0.30 | $79.50 |
| | | **CASE ADMINISTRATION** | **SUB TOTAL** | **14.40** | **$3,577.50** |
| 09/11/18 | MHB | 341 Meetings of and Related Communications | Review status sheet and file in preparation for 341 first meeting of creditors with client. | 0.20 | $53.00 |
| 09/11/18 | MHB | 341 Meetings of and Related Communications | Travel to and fro, bankruptcy court in Detroit, appear with client at 341 first meeting of creditors. Brief discussion with client before and afterward regarding case. | 2.00 | $530.00 |
| 09/05/18 | MHB | 341 Meetings of and Related Communications | Receipt and review 341 status sheet from Trustee. Review in connection with plan, schedules, statements, and file documents. Review pay stubs and compare with Schedule I. Run calculation. Email to client regarding updated preparation for 341 first meeting of creditors. | 0.40 | $106.00 |

| Date | Initials | Category | Description | Hours | Amount |
|---|---|---|---|---|---|
| 09/05/18 | MHB | 341 Meetings of and Related Communications | Review file, schedules, petition, statements, and plan filed in case. Review 13 network payment history and observe current on payments. Review in connection with pay stubs. Compose thorough e-mail to client regarding 341 first meeting, and questions to reasonably expect, notwithstanding receipt of 341 status sheet from Trustee. | 0.50 | $132.50 |
| | | **341 MEETING** | **SUB TOTAL** | **3.10** | **$821.50** |
| 10/18/18 | MHB | B300 Claims and Plan | Receipt and Review secured proof of claim filed by Mortgage Center, LLC, clients mortgage company. Attention to file regarding same. | 0.10 | $26.50 |
| 10/15/18 | MHB | B300 Claims and Plan | Receipt and review two separate general unsecured Proofs of Claim filed by LVNV Funding, acquired from Citibank for credit card purchases. Attention to file regarding same. | 0.10 | $26.50 |
| 10/15/18 | MHB | B300 Claims and Plan | Receipt and review Proof of Claim filed by student lender, SoFi lending. | 0.10 | $26.50 |
| 10/09/18 | MHB | B300 Claims and Plan | Receipt and review general unsecured Proof of Claim filed by DTE. Attention to file regarding same. | 0.10 | $26.50 |
| 10/01/18 | MHB | B300 Claims and Plan | Receipt and review general unsecured Proof of Claim filed by Bank of America. | 0.10 | $26.50 |
| 09/24/18 | MHB | B300 Claims and Plan | Receipt and review two separate general unsecured proofs of claim filed by Capital One. Attention to file regarding same. | 0.20 | $53.00 |
| 09/21/18 | MHB | B300 Claims and Plan | Receipt and review general unsecured Proof of Claim filed by American Express. | 0.10 | $26.50 |
| 08/20/18 | MHB | B300 Claims and Plan | Receipt and review general unsecured proof of claim filed by Discover Bank. attention to file regarding same. | 0.10 | $26.50 |
| | | **CLAIMS** | **SUB TOTAL** | **0.90** | **$238.50** |
| 10/16/18 | MHB | B320 Plan and Disclosure Statement (including Business Plan | Telephone call from case analyst, lengthy discussion regarding Trustee objections, issues with seemingly straightforward case with tight budget. Review pay stubs, and further discuss with case analyst. Note to file regarding amendments needed to be made. | 0.30 | $79.50 |

**EXHIBIT 5**

| Date | Atty | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 09/28/18 | MHB | B320 Plan and Disclosure Statement (including Business Plan | Review of objections to confirmation, and submit documentation requested by Trustee, including post-petition pay stubs, car insurance verification, auto insurance premium, and auto repair expense. Prepare comprehensive confirmation hearing certificate addressing the Trustee's request for 100% bonus and profit sharing income, noting amendments to schedule to account for proration of same. Also respond in confirmation hearing certificate to Trustee's request that client amend schedule J to remove the auto repair expense, citing debtor's testimony at 341 that her car was not running. Further advise that current auto repair bill was submitted in defense of retaining this expense on the budget. Review, revise and execute. Prepare proposed Order Confirming Plan with a provision for the proration of bonuses, stating that the debtor will remit 100% of net bonuses in excess of the amount identified in schedule I multiplied by twelve. Submit proposed Order Confirming Plan to Trustee for consideration. Compose thorough e-mail to case analyst seeking review and approval for resolution to all objections. | 1.40 | $371.00 |
| 09/21/18 | MHB | B320 Plan and Disclosure Statement (including Business Plan | Receipt and review Trustee's objections to confirmation. Attention to file regarding same. Review schedules, and file documents. Compose thorough e-mail to client regarding resolution to objections, and request for documentation. | 0.40 | $106.00 |
| 08/07/18 | MHB | B320 Plan and Disclosure Statement (including Business Plan | Prepare initial draft of Chapter 13 Plan; prepare non-standard provision language, treatment of secured mortgage lien, prepare liquidation analysis with attention to schedules, and calculate worksheet. Recalculation of worksheet based on disposable monthly income requirement. Continued e-mail correspondence with client with questions, and to schedule signing appointment. | 1.20 | $318.00 |
| | | **CHAPTER 13 PLAN** | **SUB TOTAL** | 3.30 | $874.50 |
| | | | **TOTALS** | 21.70 | $5,750.50 |
| | | | **NO CHARGED TIME / FEES** | 0.90 | $238.50 |
| | | | **GRAND TOTALS** | 20.80 | $5,512.00 |

**EXHIBIT 5**

# BIOGRAPHICAL STATEMENT

## ATTORNEY

**Michelle H. Bass (MHB):** Admitted to bar 2007; U.S. District Court Eastern District of Michigan, U.S. District Court Western District of Michigan.
Admitted 2014 U.S. Court of Appeals for the Sixth Circuit.

**Education:** University of Detroit Mercy School of Law, J.D., 2007; University of Michigan, B.A. with honors, 2004, Undergraduate Thesis completed in Contemporary American History.

**Honors:** Recipient of Book Award in the upper level Entertainment Law Seminar Super Lawyers Rising Star, 2014 – 2018.

**Publications:** "A Fresh Start With Flexibility: Consumers Can Modify the Treatment of a Secured Claim in a Confirmed Plan to Surrender Collateral Under §1329," American Bankruptcy Institute Journal, August 2018, Vol. XXXVII, No. 8.

**Presentations:** Intersection of Family Law & Bankruptcy, ICLE, 2016 – Present; Intersection of Family Law & Bankruptcy, Cooley Law School, 2011 – Present; Western District of Michigan Debtors Bar Seminar, 2017.
Guest Attorney, "Practical Law," Bloomfield Hills Public Television, aired January, 2018.

**Professional Involvement:** American Bankruptcy Institute, 2008-2012, 2017; Consumer Bankruptcy Association, 2008 – Present; Oakland County Bar Association 2007—2010, 2017; International Women's Insolvency and Restructuring Confederation, 2009-2011, 2017—Present; International Women's Insolvency and Restructuring Confederation Michigan Network Co-Chair, 2017 – Present.

**Conferences:** ABI Detroit Consumer Bankruptcy Conference 2009-2013; Steven W. Rhodes Detroit Consumer Bankruptcy Conference 2015-2016; Consumer Bankruptcy Institute in partnership with the Institute for Continued Legal Education Conference on Bankruptcy Updates, 2010-2012; Walter Shapero Bankruptcy Symposium, 2017.

**EXHIBIT 6**

{00077083.DOCX }

# Wolfson Bolton PLLC

**Client Expense Report**

25 October, 2018

| Client<br>Date | Client Matter ID<br>Audit # | Resp. Lwyr. | File Type<br>Type | File<br>Code | Description | Units | Rate | Value | Invoice # |
|---|---|---|---|---|---|---|---|---|---|
| Faith Williams<br>08/09/2018 | 1432/001<br>122843 | MHB | Bankruptcy<br>Soft | | Williams, Faith/Bankruptcy<br>Filing Fee | 1.00 | 310.00 | **310.00** | |
| Faith Williams<br>08/09/2018 | 1432/001<br>122844 | MHB | Bankruptcy<br>Soft | | Williams, Faith/Bankruptcy<br>Mailing and Service of Filings | 1.00 | 33.80 | **33.80** | |
| Faith Williams<br>08/31/2018 | 1432/001<br>123393 | MHB | Bankruptcy<br>Soft | | Williams, Faith/Bankruptcy<br>Printing/Copying | 149.00 | 0.20 | **29.80** | |
| | | | | | **Firm Totals** | | | **373.60** | |

| Summary by Responsible Lawyer | Value |
|---|---|
| MHB | 373.60 |
| **Total** | **373.60** |

| Summary by Type | Value |
|---|---|
| Soft | 373.60 |
| **Total** | **373.60** |

| Summary by Code | Value |
|---|---|
| | 373.60 |
| **Total** | **373.60** |

| Summary by File Type | Value |
|---|---|
| Bankruptcy | 373.60 |
| **Total** | **373.60** |

| Summary by Billing Category | Value |
|---|---|
| Billable | 373.60 |
| **Total** | **373.60** |

**Report Selections**
End Date: Oct 25, 2018
File: Williams, Faith/Bankruptcy
Include Task Based Files: Yes
Include Closed Files: No
Include Corrections: No

# EXHIBIT 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

FAITH D. WILLIAMS,    Chapter 13
                     Case No. 18-51049
                     Hon. Thomas J. Tucker

         Debtor.
_____/

## NOTICE OF FIRST FEE APPLICATION

WOLFSON BOLTON PLLC attorneys for Debtor, have filed an application for compensation with the Bankruptcy Court. The application is on file with the Bankruptcy Court if you wish to review it. Applicant requests fees of $5,515.00 and costs of $363.60, for services rendered from August 6, 2018 through October 24, 2018. Applicant does not have a retainer on deposit.

**Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Application for Fees, or if you want the court to consider your views on the Application for Fees, within twenty-one (21) days from the date of service of this notice, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at[1]:

   United States Bankruptcy Court
   211 West Fort Street, Suite 2100
   Detroit, Michigan 48226

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it within the above-stated time period.

2. Mail a copy to:

---

[1] Response or answer must comply with F.R. Civ. P. 8(b), (c) and (e)

{00077083.DOCX }

| Tammy L. Terry | Michelle H. Bass |
| --- | --- |
| Chapter 13 Trustee | Attorney for Debtor |
| 535 Griswold, Suite 2100 | 3150 Livernois, Suite 275 |
| Detroit, Michigan 48226 | Troy, Michigan 48083 |

3. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the application and may enter an order granting that relief.**

                                WOLFSON BOLTON PLLC

Dated: October 31, 2018               /s/ Michelle H. Bass
                                              MICHELLE H. BASS (P71358)
                                              Attorney for Debtor
                                              3150 Livernois, Suite 275
                                              Troy, Michigan 48083
                                              (248) 247-7070
                                              mbass@wolfsonbolton.com

{00077083.DOCX }